United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 28, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10450
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRI DIANE SMITH,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:98-CR-75
--------------------

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Terri Diane Smith appeals from the 18-month sentence imposed

following the revocation of her supervised release.  Smith

contends that the sentence was unreasonable and that the district

court failed to consider the sentencing factors set forth at

18 U.S.C. § 3553(a).

"In the absence of its being raised by a party, this court

is obliged to raise the subject of mootness sua sponte."  Bailey

v. Southerland, 821 F.2d 277, 278 (5th Cir. 1987).  Smith was

released from federal custody on May 26, 2006, and she was not

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ordered to serve another term of supervised release.

Accordingly, Smith's appeal is moot.  See <u>Lewis v. Continental Bank Corp.</u>, 494 U.S. 472, 477 (1990).

APPEAL DISMISSED AS MOOT.